**Order filed May 18, 2012**



**In The**

# Fourteenth Court of Appeals

**NO. 14-11-00428-CV**

**ANTHONY M. WOOD, Appellant**

**V.**

**PYRAMID COMMUNITY DEVELOPMENT CORPORATION, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-60612**

---

## O R D E R

The clerk's record was filed July 12, 2011 . Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Defendant's Response to Plaintiff's Motion for Summary Judgment and Motion for Summary Judgment filed August 1, 2010.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before May 25, 2012, containing Defendant's Response to Plaintiff's Motion for Summary Judgment and Motion for Summary Judgment filed August 1, 2010.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM